MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL JOHN FORSYTHE,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | CASE NO.: C-3:12-cv-02093-MEJ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until October 24, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

/ / /

This is Defendant's first request for an extension of time in this matter.

                                   Respectfully submitted,

Dated: September 24, 2012         */s/ David Joseph Linden*
                                          (as authorized via e-mail)
                                          David Joseph Linden
                                          Attorney for Plaintiff

                                          MELINDA L. HAAG
                                          United States Attorney

Dated: September 24, 2012      By */s/ Elizabeth Barry*
                                          ELIZABETH BARRY
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

                                          <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 25, 2012               _____
                                                      MARIA-ELENA JAMES
                                                      UNITED STATES MAGISTRATE JUDGE