MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL JOHN FORSYTHE,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: C-3:12-cv-02093-MEJ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until October 24, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

/ / /

1 | This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: September 24, 2012    */s/ David Joseph Linden*
(as authorized via e-mail)
David Joseph Linden
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: September 24, 2012    By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 25, 2012                                      
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE