1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                        **SAN FRANCISCO DIVISION**
10

11 MICHAEL JOHN FORSYTHE,           )   CASE NO.: 3:12-cv-02093-MEJ
                                    )
12              Plaintiff,          )
                                    )   STIPULATION AND ~~PROPOSED~~ ORDER
13        v.                        )   FOR REMAND PURSUANT TO SENTENCE
                                    )   FOUR OF 42 U.S.C. § 405(g)
14 COMMISSIONER OF                  )
   SOCIAL SECURITY,                 )
15                                  )
                Defendant.          )
16 _____  )

17       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

18 record, that this action be remanded to the Commissioner of Social Security for further administrative

19 action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

20 four.

21       On remand, the administrative law judge (ALJ) is directed to (1) offer the claimant an opportunity

22 for a new hearing, (2) develop the record, including requesting Veterans Administration records, and (2)

23 issue a new decision in accordance with the applicable laws and regulations, including evaluating the

24 Veterans Administration's grant of benefits to the claimant.

25                                  Respectfully submitted,

26 Dated: November 21, 2012         */s/ David Joseph Linden*
                                    (as authorized via email)
27                                  DAVID JOSEPH LINDEN
                                    Attorney for Plaintiff
28

|   |   |
|---|---|
| | BENJAMIN WAGNER<br>United States Attorney |
| Dated: November 21, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 27, 2012

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

2