MELINDA L. HAAG CSBN 132612
United States Attorney
GRACE M. KIM SBN IL 6203390
Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL JOHN FORSYTHE,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: C-3:12-cv-02093-MEJ<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Michael John Forsythe will be awarded attorney fees in the amount of four-thousand, six-hundred dollars ($4,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and three-hundred and fifty dollars ($350.00) in costs under Taxation of Costs, 28 U.S.C. § 1920.[1] This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

    After the Court issues an order for EAJA fees to Michael John Forsythe, Defendant will consider any assignment of EAJA fees to David Joseph Linden. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521,

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Michael John Forsythe, but if the Department of the Treasury determines that Michael John Forsythe does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the David Joseph Linden, pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to David Joseph Linden.

This stipulation constitutes a compromise settlement of Michael John Forsythe's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Michael John Forsythe and/or David Joseph Linden may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of David Joseph Linden to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: February 25, 2013    */s/ David Joseph Linden*
(as authorized via e-mail)
David Joseph Linden
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: February 25, 2013    By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   February 25, 2013    _____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE